

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Room 7234
Washington, DC 20530
202-514-4214

VIA CM/ECF

August 19, 2024

Mr. Lyle W. Cayce
U.S. Court of Appeals for the
   Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      RE:   *Texas et al v. ATF,* No. 24-10612 (5th Cir.)

Dear Mr. Cayce:

     Pursuant to Fifth Circuit Rule 31.4.3.1, the government respectfully requests a 14-day Level 1 extension, to and including September 17, 2024, of the deadline to file its opening brief in the above-captioned case. The government has not previously sought an extension of time in this appeal. The appellees do not oppose the government's extension request.

     The requested extension is necessary to ensure adequate time to prepare and file the government's brief. Counsel with primary responsibility for drafting the government's brief in this case was responsible for drafting the government's brief in *Federal Express Corporation v. Qualcomm Incorporated*, No. 24-1235 (Fed. Cir.) (intervenor-respondent's brief filed August 19, 2024), *Federal Express Corporation v. Qualcomm Incorporated*, No. 24-1236 (Fed. Cir.) (intervenor-respondent's brief filed August 19, 2024), and *Federal Express Corporation v. Qualcomm Incorporated*, No. 24-1237 (Fed. Cir.) (intervenor-respondent's brief filed August 19, 2024), is responsible filing the government's brief in *Battle Creek et al v. Becerra*, No. 23-5310 (D.C. Cir.) (reply brief due September 3, 2024), and is also responsible for multiple time-sensitive internal matters. Additionally, counsel with supervisory responsibility for the government's brief has a large number of upcoming deadlines. *See, e.g.*, *Frisard's Transportation v. U.S. Dep't of Labor*, No. 24-30223 (5th Cir.) (response brief due August 16); *Missouri v. Biden*, Nos. 24-2332, 24-2351 (8th Cir.) (opening brief due August 16); *Tennessee v. EEOC*, No. 24-

2249 (8th Cir.) (response brief due August 23); *Texas v. U.S. Dep't of Transportation*, No. 24-10470 (5th Cir.) (opening brief due September 4); *Bristol Myers Squibb v. Becerra*, Nos. 24-1820, 24-1821 (3d Cir.) (response brief due September 9); *AstraZeneca Pharmaceuticals v. Becerra*, No. 24-1819 (3d Cir.) (response brief due September 12); *Texas v. Garland*, No. 24-10386 (5th Cir.) (reply brief due September 30); *American Airlines v. U.S. Dep't of Transportation*, No. 24-60231 (5th Cir.) (response brief due October 9).

The government has contacted counsel for the plaintiffs-appellees who represent that they do not oppose the requested extension.

Sincerely,

MICHAEL S. RAAB

/s/ *Kevin J. Kennedy*
Kevin J. Kennedy
Attorney, Appellate Staff
Civil Division, Room 7234
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
202-514-4214

cc:   All counsel by ECF