# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2024

Ms. Ester Murdukhayeva
Office of the Attorney General
for the State of New York Appeals & Opinions
28 Liberty Street
New York, NY 10005

    No. 24-10612   State of Texas v. Bureau of Alcohol
                     USDC No. 2:24-CV-89

Dear Ms. Murdukhayeva,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Certificate of compliance is required by Fed. R. App. P. 32(g)(1) and 5th Cir. R. 32.3. (See Fed. R. App. P. 28(a)(10)). The certificate of compliance must be signed by the attorney filing the brief.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Brandon Wilson Barnett
    Mr. Andrew Dymek
    Mr. Brandon R. Gould
    Mr. Garrett M. Greene
    Mr. John I. Harris III
    Mr. Bradley Hinshelwood
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson
    Mr. Kevin J. Kennedy
    Mr. Oliver Krawczyk
    Mr. Justin Lee Matheny
    Mr. Jeremy Samuel Bloch Newman
    Mr. Robert J. Olson
    Mr. Michael S. Raab
    Ms. Kelsey LeeAnn Smith
    Mr. Stephen Dean Stamboulieh