No. 24-10612

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA CITIZENS DEFENSE LEAGUE,

*Plaintiffs - Appellees,*

*v.*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, in his official capacity as Attorney General of the United States; STEVEN DETTELBACH, in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms and Explosives,

*Defendants - Appellants.*

On Appeal from the United States District Court for the Northern District of Texas

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE BRADY CENTER TO PREVENT GUN VIOLENCE, MARCH FOR OUR LIVES, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY SUPPORT FUND IN SUPPORT OF DEFENDANTS-APPELLANTS AND SUPPORTING REVERSAL**

Priya Leeds
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533

Brandon R. Gould
John Graubert
Carolyn F. Corwin
Jocelyn Jezierny
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

September 24, 2024

*Attorneys for Amici Curiae*

**SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES**

Pursuant to Fifth Circuit Rule 29.2 and Rule 28.2.1, undersigned counsel of record for amici curiae certifies that the following listed persons and entities, in addition to those listed in the Defendants-Appellants' Brief, have an interest in this brief.

<u>Amici Curiae</u>
Brady Center to Prevent Gun Violence
March For Our Lives
Giffords Law Center to Prevent Gun Violence
Everytown for Gun Safety Support Fund

<u>Counsel for Amici Curiae</u>
Brandon R. Gould
John Graubert
Carolyn F. Corwin
Jocelyn Jezierny
Priya Leeds
*Covington & Burling LLP*

Dated: September 24, 2024

/s/ *Brandon R. Gould*
Brandon R. Gould

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Pursuant to <u>Federal Rule of Appellate Procedure 27</u> and 29(a)(3), amici curiae Brady Center to Prevent Gun Violence, March For Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety Support Fund (collectively, "amici") respectfully move for leave to file an Amici Curiae Brief in Support of Defendants-Appellants and Supporting Reversal.

## MOVANTS' INTERESTS

Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence.

**The Brady Center to Prevent Gun Violence** ("Brady") is the nation's longest-standing non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy, and political action. Brady has filed numerous amicus briefs in cases involving the constitutionality of firearms regulations, and courts have cited Brady's research and expertise.

**March For Our Lives** ("MFOL") is a youth-led non-profit organization dedicated to promoting civic engagement, education, and direct action by youth to achieve sensible gun violence prevention policies

that will save lives. MFOL has filed numerous amicus briefs in cases involving firearm regulations.

**Giffords Law Center to Prevent Gun Violence** ("Giffords Law Center") is a survivor-led non-profit policy organization serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their communities. Giffords Law Center has contributed technical expertise and informed analysis as an *amicus* in numerous cases involving firearm regulations and constitutional principles affecting gun policy.

**Everytown for Gun Safety Support Fund** is the education, research, and litigation arm of Everytown for Gun Safety ("Everytown"), the largest gun violence prevention organization in the country. Everytown has extensive experience litigating cases involving the interpretation of federal firearms laws and has submitted numerous amicus briefs in cases involving challenges to federal firearms laws and regulations.

## CONSENT OF THE PARTIES

Beginning on September 18, 2024, amici, through undersigned counsel, contacted counsel for both Plaintiffs-Appellees and Defendants-

Appellants.  All parties have consented or stated that they do not oppose the timely filing of the proposed amici curiae brief.

## REASON FOR AND RELEVANCE OF AMICI CURIAE

This case involves challenges to a regulation that determines the circumstances under which those who sell firearms must obtain a Federal Firearms License and comply with certain recordkeeping obligations, permit inspections and oversight by ATF, and assume a duty to conduct background checks of prospective buyers.  Amici have extensive experience in studying how federal firearms regulations such as the one at issue in this case affect public safety.  Amici are submitting this brief to give the Court the benefit of their experience and expertise, and to provide information not brought to the Court's attention by the parties to this case.

Therefore, amici curiae request that the Court grant leave to file the attached brief in support of Defendants-Appellants' request for reversal of the district court's order enjoining enforcement of the Final Rule against certain plaintiffs.

## CONCLUSION

For the foregoing reasons, amici respectfully request that the Court grant leave to file an amici curiae brief in support of Defendants-Appellants and supporting reversal.

Dated: September 24, 2024

Respectfully submitted,

*/s/ Brandon R. Gould*

| | |
|---|---|
| Priya Leeds | Brandon R. Gould |
| Covington & Burling LLP | John D. Graubert |
| Salesforce Tower | Jocelyn G. Jezierny |
| 415 Mission Street, Suite 5400 | Carolyn F. Corwin |
| San Francisco, CA 94105-2533 | Covington & Burling LLP |
| (415) 591-6000 | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | (202) 662-6000 |

*Attorneys for Amici Curiae*

# CERTIFICATE OF SERVICE

I, Brandon R. Gould, hereby certify that on September 24, 2024, I caused a copy of the foregoing motion to be served by FedEx Priority Overnight, for delivery within three business days, upon:

Brandon Wilson Barnett
3000 Marine Corps Pentagon
Washington, DC 20350-3000

I further certify that I caused a copy of this motion to be served by the Court's Electronic Case Filing System upon:

Kateland R. Jackson
Office of the Solicitor General
7th Floor
209 W. 14th Street
Austin, TX 78701
Tel.: 512-936-1700

Garrett M. Greene
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
Austin, TX 78701
Tel.: 512-936-2917

Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548  (MC-009)
Austin, TX 78711-2548
Tel.: 512-936-2275

*Attorneys for Plaintiff/Appellee State of Texas*

Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802
Tel.: 225-506-3746

Kelsey LeeAnn Smith
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802
Tel.: 225-428-7432

*Attorneys for Plaintiff/Appellee State of Louisiana*

Justin Lee Matheny
Mississippi Attorney General's Office
Suite 1200
550 High Street
Jackson, MS 39201
Tel.: 601-359-3825
Fax: 601-359-2003

*Attorney for Plaintiff/Appellee State of Mississippi*

Andrew Dymek
Utah Attorney General's Office
Civil Appeals
5th Floor
160 E. 300, S.
Salt Lake City, UT 84114-0857
Tel.: 801-366-0533

*Attorney for Plaintiff/Appellee State of Utah*

Robert J. Olson
William J. Olson, P.C.
Suite 4
370 Maple Avenue, W.
Vienna, VA 22180-5615
Tel.: 703-356-5070
Fax: 703-356-5085

John I. Harris, III
Suite 460
3310 West End Avenue
Nashville, TN 37203
Tel.: 615-244-6670
Fax: 615-254-5407

Oliver Krawczyk
Ambler Law Offices, L.L.C.
Suite 100
115 S. Hanover Street
Carlisle, PA 17013
Tel.: 717-525-5822
Fax: 540-773-2414

Stephen Dean Stamboulieh
Stamboulieh Law, P.L.L.C.
P.O. Box 428
Olive Branch, MS 38654
Tel.: 601-852-3440

*Attorneys for Plaintiffs/Appellees Jeffrey W. Tormey, Gun Owners of America, Incorporated, Gun Owners Foundation, Tennessee Firearms Association, and Virginia Citizens Defense League*

Bradley Hinshelwood
Kevin J. Kennedy
Michael S. Raab
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: 202-514-7823

Jeremy Samuel Bloch Newman
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: 202-532-3114

*Attorneys for Defendants/Appellants Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, Merrick Garland, in his official capacity as Attorney General of the United States, and Steven Dettelbach, in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms, and Explosives*

Date:  September 24, 2024          Respectfully Submitted,


                                  */s/Brandon R. Gould*
                                  Brandon R. Gould

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 507 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word 365.

Dated:  September 24, 2024          Respectfully Submitted,

                                   */s/Brandon R. Gould*
                                   Brandon R. Gould