# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2024

Mr. Brandon R. Gould
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

    No. 24-10612   State of Texas v. Bureau of Alcohol
                    USDC No. 2:24-CV-89

Dear Mr. Gould,

We received your motion for leave to file brief of Amici Curiae. In light of the consent being in the brief, we are taking no action on this motion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Brandon Wilson Barnett
    Mr. Andrew Dymek
    Mr. Garrett M. Greene
    Mr. John I. Harris III
    Mr. Bradley Hinshelwood
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson
    Mr. Kevin J. Kennedy
    Mr. Oliver Krawczyk
    Mr. Justin Lee Matheny
    Mr. Jeremy Samuel Bloch Newman
    Mr. Robert J. Olson
    Mr. Michael S. Raab
    Ms. Kelsey LeeAnn Smith
    Mr. Stephen Dean Stamboulieh

Case: 24-10612 Document: 55-2 Page: 2 Date Filed: 09/24/2024