No. 24-10612

# In the United States Court of Appeals for the Fifth Circuit

State of Texas; State of Louisiana; State of Mississippi; State of Utah; Jeffrey W. Tormey; Gun Owners of America, Incorporated; Gun Owners Foundation; Tennessee Firearms Association; Virginia Citizens Defense League,

*Plaintiffs - Appellees*,

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms and Explosives,

*Defendants - Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

In accordance with Federal Rules of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Plaintiffs-Appellees file this Motion for a 30-day extension of time to file their response brief to and including Monday, November 18, 2024. In support thereof, Plaintiffs-Appellees respectfully shows the Court as follows:

1. Plaintiffs-Appellees' brief is currently due October 17, 2024. Plaintiffs-Appellees seek a 30-day extension of this time, to and including November 18, 2024, in

which to file the brief. This is Plaintiffs-Appellees' first request for an extension of time, and it is unopposed.

2. This extension is necessary because counsel with primary responsibility for drafting Plaintiffs-Appellees' brief has numerous existing and upcoming briefing and argument obligations that have already or will require significant time and attention, including:

- Oral argument before the Supreme Court of Texas in *University of Texas v. Gatehouse Media Texas Holdings II, Inc.*, No. 23-0023, on October 1;

- Brief in *Devillier v. State of Texas*, No. 21-40750, due in this Court on October 10;

- Appellant's opening brief in *Paxton v. Annunciation House, Inc.*, No. 24-0573, due in the Supreme Court of Texas on October 17;

- Oral argument before this Court in *Shahrashoob v. Texas A&M University*, No. 23-20618, on October 10;

- Appellant's opening brief in *Computer & Communications v. Paxton*, No. 24-50721, expected to be due in this Court imminently.

3. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time to prepare and file Plaintiffs-Appellees' Brief in the above-captioned case.

4. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

5. For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant this Motion for a 30-day extension of time to file their brief, making it due on November 18, 2024.

| | |
|---|---|
| Date: October 2, 2024 | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | AARON L. NIELSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Kateland R. Jackson<br>KATELAND R. JACKSON<br>Assistant Solicitor General<br>Kateland.Jackson@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | ERIC S. ABELS<br>Assistant Attorney General<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Texas* |
| LIZ MURRILL<br>Attorney General of Louisiana | /s/ J. Benjamin Aguiñaga<br>J. BENJAMIN AGUIÑAGA<br>Solicitor General<br>AguinagaB@ag.louisiana.gov |
| Office of the Attorney General<br>1885 N. 3rd Street<br>Baton Rouge, Louisiana 70802<br>Tel.: (225) 326-6079 | *Counsel for Plaintiff-Appellee*<br>*State of Louisiana* |
| LYNN FITCH<br>Attorney General of Mississippi<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Tel: (601) 359-3680 | /s/ Justin L. Matheny<br>JUSTIN L. MATHENY<br>Deputy Solicitor General<br>justin.matheny@ago.ms.gov<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Mississippi* |

/s/ Andrew Dymek
(signed with consent)
Andrew Dymek
Assistant Utah Solicitor General
Office of the Utah Attorney General
P.O. Box 142320
Salt Lake City, Utah 84114-2320
Tel.: (801) 366-0533
adymek@agutah.gov

*Counsel for Plaintiff-Appellee State of Utah*

John I. Harris III
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
Tel.: (615) 244 6670 Ext. 111
Fax: (615) 254-5407
jharris@slblawfirm.com

Stephen D. Stambouliah
Stambouliah Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
Tel.: (601) 852-3440
stephen@sdslaw.us

/s/ Robert J. Olson
Robert J. Olson
William J. Olson, PC
370 Maple Ave. W., Ste. 4
Vienna, VA 22180
rob@wjopc.com

*Counsel for Appellees Gun Owners of America, Inc., Gun Owners Foundation, Jeffrey W. Tormey, Tennessee Firearms Association, and Virginia Citizens Defense League*

4

## Certificate of Conference

On October 2, 2024, counsel for Plaintiffs-Appellees conferred with counsel for Defendants-Appellants. This extension is unopposed by all parties.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Service

On October 2, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 310 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kateland R. Jackson
Kateland R. Jackson
