# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10612   State of Texas v. Bureau of Alcohol
                  USDC No. 2:24-CV-89

The court has granted an extension of time to and including November 18, 2024 for filing appellees' brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

Mr. Eric Scott Abels
Mr. Jorge Benjamin Aguinaga
Mr. Brandon Wilson Barnett
Mr. Andrew Dymek
Mr. Brandon R. Gould
Mr. Garrett M. Greene
Mr. John I. Harris III
Mr. Bradley Hinshelwood
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Kevin J. Kennedy
Mr. Oliver Krawczyk
Mr. Justin Lee Matheny
Ms. Ester Murdukhayeva
Mr. Jeremy Samuel Bloch Newman
Mr. Robert J. Olson
Mr. Michael S. Raab
Ms. Kelsey LeeAnn Smith
Mr. Stephen Dean Stamboulieh