IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

Plaintiffs-Appellees,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

Defendants-Appellants.

No. 24-10612

**UNOPPOSED MOTION FOR LEVEL 1
EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), defendants-appellants respectfully request a 10-day extension of time, to and including December 19, 2024, in which to file their reply brief in this case. Plaintiffs-appellees do not oppose the requested extension.

1. Appellants filed an opening brief on September 17, 2024, after receiving a 14-day extension. Appellees filed their response brief on November 18 after receiving a 30-day extension. Appellants' reply brief is currently due on December 9.

2. Appellants respectfully request a 10-day extension of that deadline, to December 19, 2024.

3.  The requested extension is necessary because Brad Hinshelwood, the attorney with primary responsibility for drafting the reply brief in this matter, is occupied with other matters during the current briefing period, including oral argument in *Coin Center v. Secretary of the Treasury*, No. 23-13698 (11th Cir.), held November 19; a response brief in *State of Kansas v. Garland*, No. 24-3101 (10th Cir.), due November 20 (as extended); and oral argument before this Court in an expedited appeal in *National Association for Gun Rights v. Garland*, No. 24-10707 (5th Cir.), to be held on December 9.  In addition, Mr. Hinshelwood anticipates being out of the office for much of the week of November 25 for the Thanksgiving holiday.

Kevin Kennedy has also entered an appearance for the government in this matter.  Mr. Kennedy is likewise occupied with multiple other matters during the current briefing period, including assisting with the aforementioned *State of Kansas* brief; oral argument in *Fabrizius v. U.S. Department of Agriculture*, No. 23-9570 (10th Cir.), on November 20; and oral argument in *Battle Creek Health System, Inc. v. Becerra*, No. 23-5310 (D.C. Cir.), on November 22.  Mr. Kennedy also expects to be out of the office for the Thanksgiving holiday.

4.  We have consulted with counsel for appellees, and they have
stated that they do not oppose the requested extension.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*
MICHAEL S. RAAB

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD
KEVIN KENNEDY
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7256*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  (202) 514-7823

November 20, 2024

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 324 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD