No. 24-10612

# In the United States Court of Appeals
## for the Fifth Circuit

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA CITIZENS DEFENSE LEAGUE,
*PLAINTIFFS- APPELLEES*,

*v.*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,
*DEFENDANT-APPELLANTS*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
CASE NO. 2:24-CV-00089-Z

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF THE NATIONAL ASSOCIATION FOR GUN RIGHTS, INC. & TEXAS GUN RIGHTS, INC. IN SUPPORT OF PLAINTIFF-APPELLEES**

**(*Counsel Listed on Inside Cover*)**

                WISCONSIN INSTITUTE FOR
                LAW & LIBERTY, INC.

                Richard M. Esenberg
                Lucas T. Vebber
                Skylar Croy
                    *330 East Kilbourn Avenue*
                    *Suite 725*
                    *Milwaukee, WI 53202*

Pursuant to Fed. R. Civ. P. 29, The National Association for Gun Rights, Inc. ("NAGR") and Texas Gun Rights, Inc. ("TGR"), respectfully moves this Court for leave to file an *amici curiae* brief in support of the plaintiffs-appellees in this matter.

This case presents, among other things, important questions of about the proper scope of preliminary relief when a federal agency unlawfully exceeds its authority in a way that violates the constitutional rights of all Americans.

NAGR and TGR are nonprofit membership and donor-supported organizations. The sole reason for their existence is to defend the right of all Americans to keep and bear arms.

In pursuit of that goal, NAGR and TGR regularly file lawsuits and amicus briefs seeking to uphold Americans' Second Amendment rights; however, they cannot be plaintiffs in every lawsuit. The District Court below issued relatively narrow relief, which does not protect their members. Even still, ATF argues the relief was too broad—ATF is wrong. NAGR and TGR are interested in ensuring that District Courts apply a proper remedial analysis when reviewing preliminary injunction motions.

Their brief will address this issue and provide this Court with additional context that will benefit this Court as it considers this appeal.

WHEREFORE, NAGR and TGR respectfully request the Court grant this motion and accept its *amici curiae* brief for filing in this matter.

Dated: November 22, 2024.

Respectfully Submitted,

WISCONSIN INSTITUTE FOR
LAW & LIBERTY, INC.

s/ *Skylar Croy*
Skylar Croy
  *Counsel of Record*
Richard M. Esenberg
Lucas T. Vebber

330 East Kilbourn Avenue
Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Lucas@will-law.org
Skylar@wil-law.org

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume limitations and contains 224 words. Fed. R. App. P. 27(d)(2)(A).

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: November 22, 2024

s/ *Skylar Croy*
SKYLAR CROY

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Dated: November 22, 2024

*/s/ Skylar Croy*
SKYLAR CROY