IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br>,<br><br>Defendants-Appellants. | No. 24-10612 |

**UNOPPOSED MOTION TO PLACE APPEAL IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the federal government respectfully moves to place this appeal in abeyance, with the government to file status reports every 60 days. Plaintiffs do not oppose an abeyance or the government's request to file status reports, but request that an abeyance be limited to 120 days.

1. In April 2024, the Bureau of Alcohol, Tobacco, Firearms, and Explosives issued a rule addressing, *inter alia*, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see Definition of "Engaged in the*

*Business" as a Dealer in Firearms*, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction, which the district court granted. The government appealed, and briefing was completed on December 19, 2024.

2. Following a change in administration, on February 7, 2025, President Trump issued an Executive Order titled Protecting Second Amendment Rights. See President Donald J. Trump, Presidential Actions: Protecting Second Amendment Rights (Feb. 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/02/protecting-second-amendment-rights. Among other things, the Order directs the Attorney General to "examine" various "actions of executive departments and agencies" to "assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, though the Domestic Policy Advisory, to protect the Second Amendment rights of all Americans." *Id.* § 2(a). And the Order specifically directs the Attorney General, as part of that process, to review all "[r]ules promulgated by the Department of Justice, including by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, from January 2021 through January 2025 pertaining to

2

firearms and/or Federal firearms licenses." *Id.* § 2(b)(ii).

 3. In light of that development, the government respectfully moves to place this case in abeyance pending review of the challenged rule. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that litigation is focused on enduring agency action and informed by the views of current agency leadership. The government respectfully proposes to update the Court with status reports every 60 days.

 4. Plaintiffs do not oppose an abeyance or the government's request to file status reports every 60 days, but request that the abeyance be limited to 120 days.

Respectfully submitted,

BRETT A. SHUMATE
  *Principal Deputy Assistant*
  *Attorney General*

MICHAEL S. RAAB

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7256*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 (202) 514-7823

February 23, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 398 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

*/s/ Brad Hinshelwood*
BRAD HINSHELWOOD
