# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10612

---

State of Texas; State of Louisiana; State of Mississippi; State of Utah; Jeffrey W. Tormey; Gun Owners of America, Incorporated; Gun Owners Foundation; Tennessee Firearms Association; Virginia Citizens Defense League,

*Plaintiffs—Appellees,*

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Pamela Bondi, *U.S. Attorney General*; Steven Dettelbach, *in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-89

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay is GRANTED as stated herein. This appeal is ABEYED until June 23, 2025, at which point the abeyance shall automatically dissolve. Appellants are permitted to file status reports as stated in their motion.

No. 24-10612

          /s/ James L. Dennis
          JAMES L. DENNIS
          *United States Circuit Judge*