IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS et al.<br><br>　　　　　Appellees,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>　　　　　Appellants. | No. 24-10612 |

**STATUS REPORT**

Pursuant to the Court's order of March 3, 2025, the federal government provides this status report.

1. In April 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued a rule addressing, inter alia, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction, which the district court granted. The government appealed, and

briefing was completed on December 19, 2024. On February 23, 2025, the federal government moved the Court to put the case in abeyance pending review of the challenged Rule and proposed to file status reports every 60 days. The Court granted the federal government's motion on March 3, 2025 and put the case in abeyance "until June 23, 2025," and stated that the government is "permitted to file status reports as stated in [its] motion."

  2. The government provides the following status update as contemplated by the Court's order. On April 7, 2025, the Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives announced "plans to revisit" the rule at issue in this case and "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules (April 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules. That review is ongoing.

                Respectfully submitted,

                MICHAEL S. RAAB
                BRAD HINSHELWOOD
                */s/ Kevin J. Kennedy*
                Kevin J. Kennedy
                Attorneys, Appellate Staff
                Civil Division, Room 7234
                U.S. Department of Justice
                950 Pennsylvania Avenue N.W.
                Washington, D.C. 20530
                (202) 514-4214
                kevin.j.kennedy@usdoj.gov

                *Counsel for Appellees*

May 2, 2025

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed this status report with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Kevin J. Kennedy*
Kevin J. Kennedy