IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS et al.<br><br>　　　　Appellees,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>　　　　Appellants. | No. 24-10612 |

**STATUS REPORT AND MOTION FOR CONTINUED ABEYANCE**

　　Pursuant to the Court's order of May 2, 2025, the federal government provides this status report and moves to keep the case in abeyance for an additional 60 days. The motion is unopposed.

　　1.  In April 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives issued a rule addressing, inter alia, the circumstances under which individuals are required to obtain a federal firearms license because they are "engaged in the business" of dealing in firearms. 18 U.S.C. §§ 921(a)(21), 922(a)(1)(A); *see* Definition of "Engaged in the Business" as a Dealer in Firearms, 89 Fed. Reg. 28,968 (Apr. 19, 2024). Plaintiffs challenged the rule and sought a preliminary injunction,

which the district court granted. The government appealed, and briefing was completed on December 19, 2024. On February 23, 2025, the federal government moved the Court to put the case in abeyance pending review of the challenged Rule and proposed to file status reports every 60 days. The Court granted the federal government's motion on March 3, 2025 and put the case in abeyance "until June 23, 2025," and stated that the government is "permitted to file status reports as stated in [its] motion."

2. On May 2, the government filed a status report informing the Court that the Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives announced "plans to revisit" the rule at issue in this case and "revis[e] the guidelines for determining who is considered 'engaged in the business' of selling firearms." *See* Bureau of Alcohol, Tobacco, Firearms and Explosives, DOJ, ATF Repeal FFL Inspection Policy and Begin Review of Two Final Rules (April 7, 2025), https://www.atf.gov/news/press-releases/doj-atf-repeal-ffl-inspection-policy-and-begin-review-two-final-rules. Upon review of the status report, the Court ordered the federal government file a further status

report on or before June 23, 2025, when the current abeyance is set to dissolve.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives' review of the Rule is ongoing. Given the ongoing review, the federal government respectfully moves the Court to keep the case in abeyance for an addition 60 days. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that litigation is focused on an enduring agency action and informed by the views of current agency leadership.

4. Plaintiffs do not oppose the relief requested in this motion.

                        Respectfully submitted,

                        MICHAEL S. RAAB
                        BRAD HINSHELWOOD
                        */s/ Kevin J. Kennedy*
                        Kevin J. Kennedy
                        Attorneys, Appellate Staff
                        Civil Division, Room 7234
                        U.S. Department of Justice
                        950 Pennsylvania Avenue N.W.
                        Washington, D.C. 20530
                        (202) 514-4214
                        kevin.j.kennedy@usdoj.gov

                        *Counsel for Appellees*

June 23, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 391 words, excluding those portions exempted by Rule 32(f). I certify that the response complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

                                                 */s/ Kevin J. Kennedy*
                                                 Kevin J. Kennedy