# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 25, 2025

Lyle W. Cayce
Clerk

No. 24-10612

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA CITIZENS DEFENSE LEAGUE,

*Plaintiffs—Appellees*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *U.S. Attorney General*; DANIEL DRISCOLL, *Acting Director, U.S. Bureau of Alcohol, Tobacco and Firearms, in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-89

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to continue the abeyance for an additional 60 days, or to and including August 22, 2025, is GRANTED.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*