

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7234
Washington, DC 20530

Tel: (202) 514-4214

July 18, 2025

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *State of Texas v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,* No. 24-10612

Dear Mr. Cayce,

    I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned case because I am leaving the Department of Justice. The government will continue to be represented by other counsel who have already appeared.

                                      Sincerely,

                                        /s/ Kevin J. Kennedy
                                        Kevin J. Kennedy

cc:     All counsel by ECF