# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10612  State of Texas v. Bureau of Alcohol
USDC No. 2:24-CV-89

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Jorge Benjamin Aguinaga
Mr. Brandon Wilson Barnett
Mr. Skylar Croy
Mr. Andrew Dymek
Mr. Richard M. Esenberg
Mr. Cameron Fraser
Mr. Brandon R. Gould
Mr. Garrett M. Greene
Mr. John I. Harris III
Mr. Steven H. Hazel
Mr. Bradley Hinshelwood
Ms. Kathleen Theresa Hunker
Mr. Oliver Krawczyk
Mr. Justin Lee Matheny
Ms. Ester Murdukhayeva
Mr. Jeremy Samuel Bloch Newman
Mr. Robert J. Olson
Mr. Anthony J. Powell
Mr. Michael S. Raab
Ms. Kelsey LeeAnn Smith
Mr. Stephen Dean Stamboulieh
Mr. Lucas Vebber