# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 13, 2026

Lyle W. Cayce
Clerk

No. 24-10612

---

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA CITIZENS DEFENSE LEAGUE,

*Plaintiffs—Appellees,*

versus

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *U.S. Attorney General*; DANIEL DRISCOLL, *Acting Director, U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-89

---

ORDER:

IT IS ORDERED that Appellants' opposed motion to extend the stay of proceedings in this case for 60 days, or to and including February 20, 2026, is DENIED.

_____
KURT D. ENGELHARDT
*United States Circuit Judge*