## ORAL ARGUMENT ACKNOWLEDGMENT FORM
### U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130
### (504) 310-7700

I, Stephen D. Stamboulieh
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

24-10612          State of Texas                    v. Bureau of Alcohol
_____          _____        _____
(Case Number)                                          (Short Title)

is scheduled for oral argument at    9:00 am    on    April 28, 2026    located in the
                                   _____        _____
                                      (Time)                (Date)

New Orleans - US Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA 70130
_____
(Location)

/s/ Stephen D. Stamboulieh                              March 31, 2026
_____        _____
(Signature)                                              (Date)

---

### List all parties being represented for argument and select the party type

Gun Owners of America, Inc; Gun Owners Foundation; Jeffrey W. Tormey;

Tennessee Firearms Association; Virginia Citizens Defense League

☑

| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

|     | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|-----|----------------|-------------------|------------------|
| #1 | Cameron Fraser | 10 | |
| #2 | Stephen D. Stamboulieh | 10 | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  40

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[ PRINT TO PDF ]            [ RESET FORM ]

Revised 04/2023            Form OA-001