# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2026

Lyle W. Cayce
Clerk

No. 24-10612

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF UTAH; JEFFREY W. TORMEY; GUN OWNERS OF AMERICA, INCORPORATED; GUN OWNERS FOUNDATION; TENNESSEE FIREARMS ASSOCIATION; VIRGINIA CITIZENS DEFENSE LEAGUE,

*Plaintiffs—Appellees*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; DANIEL DRISCOLL, *Acting Director, U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives*,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-89

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of April 16, 2026, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court

of Appeals for the Fifth Circuit

By: _____

Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT